| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cougar Metals, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**25-1711674** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**100 Washington Street**<br>**Leetsdale, PA**<br>ZIP CODE<br>**15056** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Allegheny** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (Consolidated with affiliates)
| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (Consolidated with affiliates)
| [ ] $0- to $50,000 | [X] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [X] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (Consolidated with affiliates)
| [ ] $0- to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [X] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Cougar Metals, Inc. | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location<br>Where Filed:     - None - | Case Number: | | Date Filed: |
| Location<br>Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor:<br>    See Attached Form 1 | Case Number: | | Date Filed: |
| District:<br>    Delaware | Relationship: | | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    (Name of landlord that obtained judgment)

    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Cougar Metals, Inc. |
|---|---|
| **Signatures** ||

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br>X _/s/ signed/_<br>Signature of Attorney for Debtor(s)<br>**Mark Minuti (No. 2659)**<br>Printed Name of Attorney for Debtor(s)<br>**Saul Ewing LLP**<br>Firm Name<br>**222 Delaware Avenue, Suite 1200**<br>**Wilmington, Delaware 19899**<br>Address<br>**302.421.6800**<br>Telephone Number<br><br>_____<br>Date<br><br>* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _/s/ Roy D. Allen_<br>Signature of Authorized Individual<br>**Roy D. Allen**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**September 19, 2011**<br>Date | _____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

In re **Cougar Metals, Inc.**            Case No. _____

_____,
Debtor

## FORM 1. VOLUNTARY PETITION

### Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed |
|---|---|---|
| **Hussey Copper Corp.**<br>**District of Delaware** | **Affiliate** | **September 27, 2011** |
| **Hussey Copper Ltd.**<br>**District of Delaware** | **Affiliate** | **September 27, 2011** |
| **OAP Real Estate, LLC**<br>**District of Delaware** | **Affiliate** | **September 27, 2011** |
| **Orbie Trading, L.P.**<br>**District of Delaware** | **Affiliate** | **September 27, 2011** |
| **Hussey Exports Ltd.**<br>**District of Delaware** | **Affiliate** | **September 27, 2011** |

# I IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hussey Copper Corp.,[1] | ) | Case No. 11- (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Hussey Copper Ltd., | ) | Case No. 11- (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OAP Real Estate, LLC, | ) | Case No. 11- (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Cougar Metals, Inc., | ) | Case No. 11 - (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Orbie Trading, L.P., | ) | Case No. 11- (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Hussey Exports Ltd., | ) | Case No. 11- (____) |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| | ) | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Hussey Copper Corp. (9993); Hussey Copper Ltd. (9994); OAP Real Estate, LLC (1298); Cougar Metals, Inc. (1674); Orbie Trading, L.P. (4969); and Hussey Exports Ltd. (8997). The Debtors' address is 100 Washington Street, Leetsdale, Pennsylvania 15056.

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

The following is a consolidated list of creditors holding the 20 largest unsecured claims against the above-captioned debtors and debtors in possession (collectively, the "Debtors") that have simultaneously commenced chapter 11 cases in this Court. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of September 21, 2011.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtors' right to challenge the amount or characterization of any claim at a later date.

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Metal Management Pitt. Inc.<br>Attn: Doug Newman<br>2045 Lincoln Blvd.<br>Elizabeth, PA 15037-2900 | Trade Debt | | $9,050,741.66 |
| CMC Recyclying<br>Attn: Tim Bergan<br>6565 N. MacArthur Blvd.<br>Suite 800<br>Irving, TX 75221 | Trade Debt | | $2,712,410.04 |
| H K P Metals Inc.<br>Attn: Michael Pennesi<br>301 Wide Drive<br>McKeesport, PA 15135 | Trade Debt | | $2,642,268.67 |
| Tri State Metal Company Inc.<br>Attn: Marc Spellman<br>1745 W. Fulton Street<br>Chicago, IL 60612 | Trade Debt | | $1,638,648.92 |
| Wimco Metals Inc.<br>Attn: Glen Gross<br>401 Penn Avenue<br>Pittsburgh, PA 15221-2135 | Trade Debt | | 1,489,103.89 |
| United Scrap Metal Inc.<br>Attn: Stephen Chaput<br>1545 South Cicero Avenue<br>Cicero, IL 60804 | Trade Debt | | $1,343,983.85 |
| Cronimet Trading Corporation<br>Attn: Frank Santoro<br>421 Railroad Street<br>Rochester, PA 15074 | Trade Debt | | $1,027,337.87 |
| Metal Green Recycling Ind.<br>Attn: Elaine Chang<br>100 Eads Street<br>West Babylon, NY 11704 | Trade Debt | | $698,896.13 |
| Emil A. Schroth Metals Inc.<br>Attn: Emil Schroth<br>Yellowbrook Rd. & Copper Ave.<br>Farmingdale, NJ 07727 | Trade Debt | | $534,973.78 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Cambridge Lee Industries<br>Attn: Dave Goad<br>475 Jersey Avenue<br>New Brunswick, NJ 08903 | Trade Debt | Subject to Set-off | $532,997.64 |
| Triple M Metal Inc.<br>Attn: Mahazarin Dorabjee<br>421 Intermodal Drive<br>Brampton, Ontario<br>Canada L6T 564 | Trade Debt | | $491,751.19 |
| Jefferies Bache Financial Ltd.<br>Attn: David McKiernan<br>One New York Plaza, 13th Floor<br>New York, NY 10292-2013 | Contract Liability | | $414,000.00 |
| Crown Trading Services Ltd.<br>Attn: Michael Horowitz<br>581 Rivermeade Road<br>Concord, Ontario<br>Canada L4K 2G8 | Trade Debt | | $344,766.52 |
| Attar Metals Inc.<br>Attn: Larry Attar<br>6290 Netherhart Road<br>Mississauga, Ontario<br>Canada L5T 1B7 | Trade Debt | | $318,630.94 |
| Sam Dong Ohio Inc.<br>Attn: Denise Nolan<br>801 Pittsburgh Drive<br>Delaware, OH 43015 | Trade Debt | | $315,914.54 |
| Claridge Products & Equipment<br>Attn: John Hardcastle<br>219 Industrial Park Road<br>Harrison, AR 72601 | Trade Debt | | $282,943.33 |
| Gindre Copper Inc.<br>Attn: Mary Gaines<br>220 Mill Avenue<br>Greenwood, SC 29646 | Trade Debt | | $258,122.30 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Beaver Valley Slag Inc.<br>Attn: Chuck Betters<br>100 Bet-Tech Drive<br>Aliquippa, PA 15001 | Trade Debt | | $169,176.14 |
| Hickman Williams and Company<br>Attn: Greg Gaynor<br>103 N. Meadows Drive<br>Suite 234<br>Wexford, PA 15090 | Trade Debt | | $167,992.04 |
| Diamond Hurwitz Scrap LLC<br>Attn: Michael Diamond<br>41 Hannah Street<br>Buffalo, NY 14220 | Trade Debt | | $158,197.56 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION CONCERNING CONSOLIDATED LIST OF CREDITORS **HOLDING 20 LARGEST UNSECURED CLAIMS**

Pursuant to 28 U.S.C. § 1746, I, Roy D. Allen, President of Cougar Metals, Inc., declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated: September 21, 2011

_____
ROY D. ALLEN
President of Cougar Metals, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cougar Metals, Inc., | ) | Case No. 11- (____) |
| | ) | |
| Debtor. | ) | Joint administration requested |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a) for filing in this chapter 11 case:

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Roy D. Allen | 825 | Common Stock |
| James and Sharon Goldberg, tenants by the entireties | 175 | Common Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, Roy D. Allen, President of Cougar Metals, Inc. declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2011

_____
Roy D. Allen, President

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cougar Metals, Inc., | ) | Case No. 11-(___) |
| | ) | |
| Debtor. | ) | Joint administration requested |
| | ) | |

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **COUGAR METALS, INC.** (the "Debtor") and, pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1, states as follows:

__X__  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner Name | % of Shares Owned |
|---|---|
| N/A | N/A |

By: /s/ Roy D. Allen
Roy D. Allen, President

# COUGAR METALS, INC.

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

Taken as of September 15, 2011

The undersigned, being all of the members of the Board of Directors (the "Board of Directors") of Cougar Metals, Inc., a Delaware corporation (the "Company"), hereby adopt and give their consent to the following resolutions as though taken at a duly constituted meeting, and direct the Secretary of the Corporation to file this written consent with the minutes of the Corporation.

WHEREAS, in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors and other interested parties that a petition be filed by the Company in the United States Bankruptcy Court for the District of Delaware(the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Company expects to continue to operate its businesses and manage its properties as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code and orders of the Bankruptcy Court; and

NOW, THEREFORE, BE, AND IT IS HEREBY,

RESOLVED, that the Board of Directors of the Company has determined in its judgment that it is desirable and in the best interests of the Company, its creditors and other interested parties that a petition be filed by the Company in the Bankruptcy Court seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that the officers of the Company, together with any other person or persons hereafter designated by the Board of Directors of the Company (each individually an "Authorized Officer," and individually and collectively the "Authorized Officers") be, and each of them hereby is, authorized, empowered and directed, on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered and directed to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on their behalf as provided herein) all necessary

documents, including but not limited to all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants and/or other professionals and to take any and all other actions, that they or any of them deem necessary, proper or desirable in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED, that the law firm of Saul Ewing LLP, with offices at, among other places, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19899 be, and hereby is, employed under general retainer as bankruptcy counsel for the Company in the chapter 11 case; and it is

FURTHER RESOLVED, that the Authorized Officers be, and hereby are, authorized and empowered, in the name and on behalf of the Company, to retain such other professionals as they deem appropriate during the course of the chapter 11 case, including without limitation SSG Capital Advisors, LLC as investment banker; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to take or cause to be taken, from time to time, any and all such further action and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates and undertakings, including but not limited to amendments to the documents contemplated hereby following the effectiveness thereof, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable, to effectuate the purpose and intent of the foregoing resolutions; and it is

FURTHER RESOLVED, that the Company as debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code be, and it hereby is, authorized to borrow funds from a lender or lenders as any Authorized Officer of the Company deems appropriate (a "DIP Facility"), and/or obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Authorized Officers as reasonably necessary for the continuing conduct of the affairs of the Company and grant security interests in and liens upon any, all or substantially all of the Company's assets as may be deemed necessary by any one or more of the Authorized Officers in connection with such borrowings or the use of such cash collateral; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver, and perform for and on behalf of the Company, as debtor and debtor-in-possession, any documents, agreements, instruments, financing statements, undertakings and certificates necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution, including, but not limited to, any notes evidencing the obligations of the Company under any DIP Facility, any mortgages, pledge or

hypothecation agreements or any other security agreements evidencing the liens and security interests granted to the lenders under any DIP Facility, and any modifications or supplements thereto, all such materials to be in the form approved by the Authorized Officer, the execution and delivery thereof to be conclusive evidence of such approval, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officer or Authorized Officers so acting; and it is

FURTHER RESOLVED, that these resolutions shall be filed with the corporate records of the Company.

[Execution page follows]

3

The foregoing ACTION BY UNANIMOUS WRITTEN CONSENT shall be effective as of the date set forth above, upon the signing of a copy hereof by each Director, and it shall be effective whether all signatures appear on the same or on separate copies hereof.

WITNESS our hands as of the date first written above.

DIRECTORS:

_____
Roy D. Allen

_____
James K. Goldberg

The foregoing ACTION BY UNANIMOUS WRITTEN CONSENT shall be effective as of the date set forth above, upon the signing of a copy hereof by each Director, and it shall be effective whether all signatures appear on the same or on separate copies hereof.

WITNESS our hands as of the date first written above.

DIRECTORS:

_____
Roy D. Allen

*/s/ James K. Goldberg*
James K. Goldberg